

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00642-CV

**IN THE INTEREST OF A.B.S., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17935
Honorable David A. Canales, Judge Presiding

## O R D E R

The clerk's record was due November 6, 2017, but was not filed. On November 8, 2017, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **November 27, 2017** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court